IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

A&B Campbell Family LLC, et al.            )
                                           )
                                           )
                                           )
                                        ,  )
                                           )
         **Plaintiff(s),**                 )
                                           )
    v.                                     )
                                           )
Chesapeake Energy Corporation, et al.      )     Civil Action No. 3:15-cv-0340
                                           )
                                           )
                                           )
_____,      )
                                           )
         **Defendant(s)/**                 )
         **Third-Party Plaintiff(s),**     )
                                           )
    v.                                     )
                                           )
                                           )
                                           )
                                           )
                                           )
                                        ,  )
                                           )
         **Third-Party Defendant(s).**     )
_____)

DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
(Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant                    ,
                                                                   (type of party)
who is Chesapeake Energy Corporation                    , makes the following disclosure:
       (name of party)

Page 1 of 2

1. Is the party a non-governmental corporate party?

    ☒ YES    ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

Chesapeake Energy Corporation does not have a parent corporation.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

No publicly-held corporation owns 10% or more of the stock of Chesapeake Energy Corporation.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Daniel T. Brier
Signature of Counsel for Party

Date: May 22, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2015, a copy of the foregoing Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 was filed electronically. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

/s/ Daniel T. Brier
Daniel T. Brier
