UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A&B Campbell Family LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHESAPEAKE ENERGY CORPORATION, *et al.*,<br><br>Defendants. | No. 3:15-cv-0340-MEM<br><br>**STIPULATION AND [PROPOSED] ORDER CLARIFYING PLAINTIFFS** |

WHEREAS, Plaintiffs filed a Complaint in the above-captioned action (this "Action") on February 17, 2015;

WHEREAS, the Complaint identifies Loretta Casey-Sotherden as a plaintiff with one property subject to an oil and gas lease, Compl. ¶ 37, but does not list her in the caption;

WHEREAS, the Complaint identifies Larry and Carol Franklin as plaintiffs with interest in two properties subject to oil and gas leases – Franklin Property 1 and Franklin Property 2, Compl. ¶ 48;

WHEREAS, Larry and Carol Franklin entered into separate oil and gas leases for Franklin Property 1 and Franklin Property 2;

- 2 -

WHEREAS, Franklin Property 2 and the corresponding oil and gas lease are at issue in this Action, but Franklin Property 1 and the corresponding oil and gas lease are not;

WHEREAS, the Complaint identifies Eric and Michelle Harnish in the caption but not in the Complaint otherwise; and

WHEREAS, the parties in this Action wish to clarify the plaintiffs and properties at issue in this Action by stipulation.

Accordingly, the parties hereby stipulate as follows:

1. Loretta M. Casey-Sotherden is not a plaintiff in this Action.

2. Eric and Michelle Harnish are not plaintiffs in this Action.

3. Franklin Property 1 and the corresponding oil and gas lease are not at issue in this Action.

4. This stipulation is entered into without prejudice to Loretta M. Casey-Sotherden pursuing any actionable claims she may have against any defendant; without prejudice to Eric and Michelle Harnish pursuing any actionable claims they may have against any defendant; and without prejudice to Larry and Carol Franklin pursuing any actionable claims they may have against defendants with regard to Franklin Property 1 and the corresponding oil and gas lease.

5. This stipulation is entered without prejudice to any defendant raising any and all defenses that are currently available or that may become available.

Signed and stipulated this 8th day of June, 2015.

| | |
|---|---|
| By: /s/ Thomas S. McNamara (with permission)<br>Christopher D. Jones<br>GRIFFIN, DAWSEY, DEPAOLA & JONES, P.C.<br>101 Main Street<br>Towanda, PA 18848<br>Tel: (570) 265-2175<br>E-mail: chris@gddj-law.com<br><br>Taunya M. Rosenbloom<br>LAW OFFICE OF TAUNYA KNOLLES ROSENBLOOM<br>P.O. Box 309<br>332 South Main Street<br>Athens, PA 18810<br>Tel: (570) 888-0660<br>E-mail: taunya@tkrlaw.com<br><br>Thomas S. McNamara<br>INDIK & MCNAMARA, P.C.<br>100 South Broad Street, Suite 2230<br>Philadelphia, PA 19110<br>Tel: (215) 567-7125<br>E-mail: tmcnamara915@gmail.com<br><br>*Attorneys for Plaintiffs* | By: /s/ Daniel T. Brier<br>Daniel T. Brier<br>John B. Dempsey<br>MYERS BRIER & KELLY, LLP<br>425 Spruce Street, Suite 200<br>Scranton, PA 18503<br>Tel: (570) 342-6100<br>E-mail: dbrier@mbklaw.com<br><br>Seamus C. Duffy<br>William M. Connolly<br>DRINKER BIDDLE & REALTH LLP<br>One Logan Square, Suite 2000<br>Philadelphia PA 19103<br>Tel: (215) 988-2700<br>E-mail: seamus.duffy@dbr.com<br>         william.connolly@dbr.com<br><br>*Attorneys for Defendants Chesapeake Energy Corporation, Chesapeake Appalachia, L.L.C., Chesapeake Energy Marketing, Inc., Chesapeake Operating, L.L.C., and Chesapeake Exploration, L.L.C.* |

By: /s/ Guy S. Lipe (with permission)
Katherine V. Oliver
MCQUAIDE BLASKO, INC.
811 University Drive
State College, PA 16801
Tel: (814) 238-4926
E-mail: kvoliver@mqblaw.com

Guy S. Lipe
VINSON & ELKINS LLP
1001 Fannin Street
Suite 2500
Houston, TX 77002
Tel.: 713-758-1109
E-mail: glipe@velaw.com

*Attorneys for Defendant Anadarko E&P Onshore LLC*

By: /s/ John K. Gisleson (with permission)
John K. Gisleson
Matthew H. Sepp
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
301 Grant Street
Pittsburgh, PA 15219
Tel: (412) 560-7432
E-mail: jgisleson@morganlewis.com
             msepp@morganlewis.com

*Attorneys for Defendant Mitsui E&P USA LLC*

- 4 -

- 5 -

By: /s/ Ryan A. Shores (with permission)
John G. Dean
ELLIOTT GREENLEAF & DEAN
201 Penn Avenue, Suite 202
Scranton, PA 18503
Tel: 570-346-7569
E-mail: jgd@elliottgreenleaf.com

Ryan A. Shores
David A. Higbee
Leslie W. Kostyshak
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue NW
Washington, D.C. 20037
Tel: (202) 955-1500
E-mail: rshores@hunton.com
dhigbee@hunton.com
lkostyshak@hunton.com

*Attorneys for Defendant Statoil USA Onshore Properties, Inc.*

By: /s/ John S. Summers (with permission)
John S. Summers
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Tel: (215) 496-7007
E-mail: jsummers@hangley.com

Michael J. Gibbens
Christopher B. Woods
Susan E. Huntsman
CROWE & DUNLEVY
321 S. Boston Ave, Suite 500
Tulsa, OK 74103
Tel: (918) 592-9800
E-mail: michael.gibbens@crowedunlevy.com
       christopher.woods@crowedunlevy.com
       susan.huntsman@crowedunlevy.com

Mack J. Morgan, III
CROWE & DUNLEVY
324 N. Robinson, Suite 100
Oklahoma City, OK 73102
Tel: (405) 235-7700
E-mail: mack.morgan@crowedunlevy.com

*Attorneys for Defendants Williams Partners, L.P., f/k/a Access Midstream Partners, L.P., Access MLP Operating, L.L.C., n/k/a Williams MLP Operating, L.L.C., and Appalachia Midstream Services, L.L.C.*

SO ORDERED.

Dated: _____  _____
                                  U.S. District Judge Malachy E. Mannion