UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A&B Campbell Family LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHESAPEAKE ENERGY CORPORATION, *et al.*,<br><br>Defendants. | No. 3:15-cv-0340-MEM<br><br>STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE |

WHEREAS, Defendants in the above-referenced action filed motions to dismiss and motions to sever on May 22, 2015;

WHEREAS, Local Rule 7.6 allows 14 days to file a memorandum in response to the motions;

WHEREAS, Local Rule 7.7 allows 14 days to file a reply memorandum in support of the motions;

WHEREAS, the parties in this Action wish to establish a briefing schedule for the pending motions that extends the deadline to respond and the deadline to reply to reduce the burden on the Court of addressing individual requests for extension of time;

Accordingly, the parties hereby stipulate to the following briefing schedule in this Action:

- 2 -

1. Any response in opposition to the pending motions will be due on or before July 17, 2015.

2. Any reply in support of the pending motions will be due on or before August 7, 2015.

3. Any party seeking an extension of the length limits under Local Rule 7.8(a) or (b) will file a separate motion seeking the Court's approval in compliance with Local Rule 7.8(b)(3).

Signed and stipulated this 8th day of June, 2015.

By: /s/ Thomas S. McNamara (with permission)
Christopher D. Jones
GRIFFIN, DAWSEY, DEPAOLA & JONES, P.C.
101 Main Street
Towanda, PA 18848
Tel: (570) 265-2175
E-mail: chris@gddj-law.com

Taunya M. Rosenbloom
LAW OFFICE OF TAUNYA KNOLLES ROSENBLOOM
P.O. Box 309
332 South Main Street
Athens, PA 18810
Tel: (570) 888-0660
E-mail: taunya@tkrlaw.com

Thomas S. McNamara
INDIK & MCNAMARA, P.C.
100 South Broad Street, Suite 2230
Philadelphia, PA 19110
Tel: (215) 567-7125
E-mail: tmcnamara915@gmail.com

*Attorneys for Plaintiffs*

By: /s/ Daniel T. Brier
Daniel T. Brier
John B. Dempsey
MYERS BRIER & KELLY, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
Tel: (570) 342-6100
E-mail: dbrier@mbklaw.com

Seamus C. Duffy
William M. Connolly
DRINKER BIDDLE & REALTH LLP
One Logan Square, Suite 2000
Philadelphia PA 19103
Tel: (215) 988-2700
E-mail: seamus.duffy@dbr.com
         william.connolly@dbr.com

*Attorneys for Defendants Chesapeake Energy Corporation, Chesapeake Appalachia, L.L.C., Chesapeake Energy Marketing, Inc., Chesapeake Operating, L.L.C., and Chesapeake Exploration, L.L.C.*

By: /s/ Guy S. Lipe (with permission)
Katherine V. Oliver
MCQUAIDE BLASKO, INC.
811 University Drive
State College, PA 16801
Tel: (814) 238-4926
E-mail: kvoliver@mqblaw.com

Guy S. Lipe
VINSON & ELKINS LLP
1001 Fannin Street
Suite 2500
Houston, TX 77002
Tel.: 713-758-1109
E-mail: glipe@velaw.com

*Attorneys for Defendant Anadarko E&P Onshore LLC*

By: /s/ John K. Gisleson (with permission)
John K. Gisleson
Matthew H. Sepp
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
301 Grant Street
Pittsburgh, PA 15219
Tel: (412) 560-7432
E-mail: jgisleson@morganlewis.com
          msepp@morganlewis.com

*Attorneys for Defendant Mitsui E&P USA LLC*

By: /s/ Ryan A. Shores (with permission)
John G. Dean
ELLIOTT GREENLEAF & DEAN
201 Penn Avenue, Suite 202
Scranton, PA 18503
Tel: 570-346-7569
E-mail: jgd@elliottgreenleaf.com

Ryan A. Shores
David A. Higbee
Leslie W. Kostyshak
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue NW
Washington, D.C. 20037
Tel: (202) 955-1500
E-mail:  rshores@hunton.com
        dhigbee@hunton.com
        lkostyshak@hunton.com

*Attorneys for Defendant Statoil USA Onshore Properties, Inc.*

By: /s/ John S. Summers (with permission)
John S. Summers
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Tel: (215) 496-7007
E-mail: jsummers@hangley.com

Michael J. Gibbens
Christopher B. Woods
Susan E. Huntsman
CROWE & DUNLEVY
321 S. Boston Ave, Suite 500
Tulsa, OK 74103
Tel: (918) 592-9800
E-mail: michael.gibbens@crowedunlevy.com
       christopher.woods@crowedunlevy.com
       susan.huntsman@crowedunlevy.com

Mack J. Morgan, III
CROWE & DUNLEVY
324 N. Robinson, Suite 100
Oklahoma City, OK 73102
Tel: (405) 235-7700
E-mail: mack.morgan@crowedunlevy.com

*Attorneys for Defendants Williams Partners, L.P., f/k/a Access Midstream Partners, L.P., Access MLP Operating, L.L.C., n/k/a Williams MLP Operating, L.L.C., and Appalachia Midstream Services, L.L.C.*

SO ORDERED.

Dated: _____    _____
                                  U.S. District Judge Malachy E. Mannion