# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A&B Campbell Family LLC, *et al.*, | ) <br> ) |
| Plaintiffs, | ) No. 3:15-cv-0340-MEM <br> ) |
| v. | ) <br> ) |
| | ) **CHESAPEAKE DEFENDANTS'** |
| CHESAPEAKE ENERGY CORPORATION, *et al.*, | ) **JOINT MOTION TO DISMISS** <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

Defendants Chesapeake Energy Corporation, Chesapeake Appalachia, L.L.C., Chesapeake Energy Marketing, L.L.C., and Chesapeake Operating, L.L.C[1] respectfully move to dismiss the Amended Complaint for failure to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 12(b)(6). The reasons for granting this motion are set forth in the accompanying memorandum in support of this joint motion. *See* M.D. Pa. Local Rule 7.5.

---

[1] The Amended Complaint references Chesapeake Exploration, L.L.C. in error. Plaintiffs have confirmed that Chesapeake Exploration, L.L.C. is not a Defendant in this action.

Dated:  September 18, 2015             Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier
John B. Dempsey
MYERS BRIER & KELLY, LLP
425 Spruce Street
Suite 200
Scranton, PA 18503
Tel: (570) 342-6100
Fax: (570) 342-6147
Email: dbrier@mbklaw.com
          jdempsey@mbklaw.com

Seamus C. Duffy (admitted *pro hac vice*)
William M. Connolly (admitted *pro hac vice*)
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia PA 19103
Tel: (215) 988-2700
Fax: (215) 988-2757
Email: seamus.duffy@dbr.com
          william.connolly@dbr.com

*Attorneys for Defendants Chesapeake Energy Corporation, Chesapeake Appalachia, L.L.C., Chesapeake Energy Marketing, L.L.C., Chesapeake Operating, L.L.C., and Chesapeake Exploration, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2015, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Daniel T. Brier
Daniel T. Brier
