THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A&B CAMPBELL FAMILY LLC, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 3:15-cv-00340<br>) (Judge Mannion) |
| CHESAPEAKE ENERGY CORPORATION, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## ORDER GRANTING LEAVE TO WITHDRAW

Before the Court is a Motion of Elliot P. Anderson for Leave to Withdraw as Counsel for Defendants Williams Partners, L.P. f/k/a Access Midstream Partners, L.P. and n/k/a The Williams Companies, Inc; Access MLP Operating, L.L.C., n/k/a Williams MLP Operating, LLC; and Appalachia Midstream Services, L.L.C. Upon review of the motion, and for good cause shown, it is hereby ORDERED that the Motion is Granted.

IT IS SO ORDERED this 1st day of ~~July~~ august, 2023.

_____
UNITED STATES DISTRICT JUDGE

1

3525722