UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A&B CAMPBELL FAMILY LLC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> CHESAPEAKE ENERGY CORP, et al., <br><br> Defendants. | CIVIL ACTION NO. 3:15-CV-00340 <br><br> (MEHALCHICK, J.) |

### ORDER

**AND NOW**, this 30th day of August, 2024, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that Anadarko, MEPUSA, and Access's motions to dismiss are **GRANTED**. (Doc. 111; Doc. 113; Doc. 115). Plaintiffs' amended complaint is **DIMISSED without prejudice**. (Doc. 94). Chesapeake's motion to dismiss is **DENIED as MOOT**. (Doc. 117). The motion to intervene is also **DENIED as MOOT**. (Doc. 149). Plaintiffs are granted leave to file a second amended complaint within twenty-eight days of this Order, on or before **Friday, September 27, 2024.**

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**